IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tucker, Gertha Jean | Case Number: 04 B 37452 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/20/07 | Filed: 10/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 31, 2007
Confirmed: December 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 54,812.72 | |
| Secured: | | 49,616.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 2,802.45 |
| Other Funds: | | 0.08 |
| Totals: | 54,812.72 | 54,812.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Defenders, P.C. | Administrative | 2,394.00 | 2,394.00 |
| 2. | Payment Center | Secured | 8,514.00 | 6,969.69 |
| 3. | DaimlerChrysler Servs North America | Secured | 7,057.59 | 4,691.55 |
| 4. | US Bank Corp | Secured | 6,798.00 | 5,564.92 |
| 5. | US Bank Corp | Secured | 39,567.00 | 32,390.03 |
| 6. | Equity One | Secured | 1,200.00 | 0.00 |
| 7. | US Bank Corp | Secured | 1,212.16 | 0.00 |
| 8. | US Bank Corp | Secured | 5,037.90 | 0.00 |
| 9. | Payment Center | Secured | 2,100.00 | 0.00 |
| 10. | DaimlerChrysler Servs North America | Unsecured | 28.92 | 0.00 |
| | | | $ 73,909.57 | $ 52,010.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 687.76 |
| 4% | 168.50 |
| 3% | 189.56 |
| 5.5% | 926.76 |
| 5% | 210.63 |
| 4.8% | 505.50 |
| 5.4% | 113.74 |
| | $ 2,802.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tucker, Gertha Jean | Case Number:  04 B 37452 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  11/20/07 | Filed:  10/8/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                         Marilyn O. Marshall, Trustee, by:

                         *Denise Ashley* (signature)